| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

WAYNE BUTCHEE and §
CHARLENE BUTCHEE, §
§
      Plaintiffs, §
§
*versus* § CIVIL ACTION NO. 1:09-CV-484
§
ALLSTATE TEXAS §
LLOYD'S, ET AL. §
§
      Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on June 25, 2009. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed motion to dismiss with prejudice and enter judgment pursuant to settlement.

      The magistrate judge's report is hereby **ADOPTED** and the parties' "Agreed Motion to Dismiss" (Docket No. 23) is **GRANTED**. The purpose of the referral having been served, it is further

      **ORDERED** that the reference to the magistrate judge is **VACATED**.

      SIGNED at Beaumont, Texas, this 2nd day of September, 2010.

                                 _____
                                   MARCIA A. CRONE
                               UNITED STATES DISTRICT JUDGE